## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2020, I caused to be served a true and correct copy of the foregoing *Motion to Compel Production Against Financial Engines, LLC* on each of the following parties to this action via U.S. Mail:

David Tetrick, Jr.
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5139
dtetrick@kslaw.com

Darren A. Shuler
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5139
dshuler@kslaw.com

Danielle Chattin
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5139
dchattin@kslaw.com

Benjamin B. Watson
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5139
bwatson@kslaw.com

*Attorneys for The Home Depot Defendants*

Sarah M. Adams
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006-5811

Telephone: (202) 861-5432
Fax: (202) 659-4503
Sadams@groom.com

Andrew Salek-Raham
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006-5811
Telephone: (202) 861-5408
Fax: (202) 659-4503
ASalek-Raham@groom.com

*Attorneys for Financial Engines Advisors, LLC*

/s/ *Edward Dewey Chapin*

Edward Dewey Chapin (CA SBN 53287)
echapin2@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4242
Facsimile: (619) 577-4250